**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>KARLA CURTIS<br><br>DEBTOR | IN PROCEEDINGS<br>UNDER CHAPTER 13<br><br>NO. 11-07384<br>JUDGE: Goldgar |

**<u>NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION</u>**

NOW COMES Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans through its attorneys Fisher and Shapiro, LLC, and in response to the Chapter 13 Trustee's Notice of Payment of Final Mortgage Cure Amount, states that as of September 29, 2011 the post-petition sums due and collectable are as follows:

06/2011 – 07/2011 monthly payments at    = $                4,145.47
$845.93 each

08//2011 – 10/2011 monthly payments at
$817.87

TOTAL                                    = $                4,145.47

Respectfully submitted,

 /s/ Michael J. Kalkowski
Attorney for Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
11-051370

**THE FIRM OF FISHER AND SHAPIRO, LLC IS A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION MAY BE USED FOR THAT PURPOSE. IF YOUR PERSONAL LIABILITY FOR THIS DEBT HAS BEEN EXTINGUISHED, DISCHARGED IN BANKRUPTCY OR IF A COURT ORDER PROHIBITS COLLECTING THIS DEBT FROM YOU PERSONALLY, THEN THIS IS AN ATTEMPT TO ENFORCE THE MOVANT'S RIGHTS WITH RESPECT TO THE PROPERTY ADDRESSED HEREIN, AND IT IS NOT AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY.**